LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ROSEMARY DAVIS, | No.  CV 13 - 6776 VBK |
| Plaintiff, | [PROPOSED] ORDER AWARDING EAJA FEES |
| v. | |
| CAROLYN W. COLVIN<br>Acting Commissioner Of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND DOLLARS AND 00/100 ($3,000.00) subject to the terms of the stipulation.

DATE:  May 14, 2014              _____/s/_____

HON. VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE

-1-